UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE COWDRAY PARK DRIVE LLC | ) | CIVIL ACTION |
| | ) | |
| Vs. | ) | No. 3:02CV1373 (MRK) |
| | ) | |
| MARVIN LUMBER AND CEDAR CO. | ) | |
| & MARVIN WINDOWS OF TENNESSEE | ) | January 27, 2004 |

### OBJECTION TO NOTICE TO DISMISSAL

The undersigned received a Notice of Dismissal pursuant to Rule 41(a) of the Local Rules of this District.

The case has been stayed pursuant to an oral ruling by the Honorable Mark R. Kravitz in a telephone conference call due to underlying issues with the expected dissolution of the insurance carrier for the defendants. Please see the various Motions for Stay of the Proceedings filed by the defendants' attorney.

Plaintiff and defense counsel participated in a tele-conference with the Honorable Mark R. Kravitz in September and the issues were discussed with him. Judge Kravitz agreed to the stay and stated the case would not be dismissed without further discussion with him. Therefore, the case is under a stay pursuant to Judge Kravitz and should not be dismissed.

THE PLAINTIFF,
ONE COWDRAY PARK DRIVE LLC

By: _____
Joseph F. McKeon, Jr.
McKeon, Wilkins & Cuddy
2551 Post Road
Southport, CT 06890
(203) 255-3344 / FAX: (203) 255-3327
Federal Bar #: CT05860

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to:

Thomas J. Haggerty, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Joseph F. McKeon, Jr.
Commissioner of the Superior Court