UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE COWDRAY PARK DRIVE LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 3:02cv1373 (MRK) |
| | : | |
| MARVIN LUMBER AND CEDAR CO. | : | |
| & MARVIN WINDOWS OF TENNESSEE, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

Plaintiff's Objection to Notice to Dismissal [doc. #19] is hereby GRANTED, and the Clerk is directed not to dismiss the case for failure to comply with the Notice of Dismissal. The Motion for Stay of Proceedings [doc. #14], which only sought a stay of proceedings of ninety (90) days, until December 15, 2003, is hereby DENIED as moot. No further stays will be granted on the basis of liquidation of defendants' insurer, Home Insurance Company. *See Grasso v. Ansonia*, 2003 WL 22918494 (D. Conn. 2003). The parties are directed to commence discovery immediately without awaiting a Rule 26(f) conference or a scheduling order and shall file their Form 26(f) Report no later than **February 27, 2004**. Failure to timely file the Rule 26(f) Report may result in dismissal of the case.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: January 28, 2004.