UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Chambers Room 306

Monday, April 5, 2004

8:45 a.m.

**Plaintiff's attorney will initiate the telephone conference call. After all of the parties are on the conference call, they should then call chambers at (203) 773-2022 on the above date and time.**

**Counsel are ordered by the court to be prepared to discuss all pending motions.**

**Please Note that the parties should commence discovery immediately in accordance with the discovery plan set forth in their 26(f) Report and they should not delay discovery pending the conference scheduled herein or entry of a scheduling order.**

CASE NO. **3:02cv1373(MRK)**   **One Cowdray Park Drive v. Marvin Lumber and Cedar Company, et al.**

Joseph F. McKeon, Jr.
McKeon, Wilkins & Cuddy
2551 Post Road
Southport, CT 06490
203-255-3344

STATUS CONFERENCE HELD

DATE: 4/5/04

15 min.

Thomas J. Hagarty, Jr.
Halloran & Sage
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103
860-297-4638

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK