UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONE COWDRAY PARK DRIVE, LLC : | CIVIL ACTION |
| Plaintiff, : | NO. 3:02 CV 1373 (MRK) |
| V. : | |
| : | |
| MARVIN LUMBER AND CEDAR CO. & : | |
| MARVIN WINDOWS OF TENNESSEE, INC., : | |
| : | |
| Defendants. : | NOVEMBER 15, 2004 |

### DEFENDANTS' REQUEST TO AMEND ANSWER

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the defendants respectfully request permission to file the attached Amended Answer which contains an additional Affirmative Defense which asserts that the plaintiff, as a class member in the lawsuit of Patrick O'Hara, et al. v. Marvin Lumber & Cedar Company and Marvin Windows of Tennessee, Inc. released any and all claims against the defendants as the result of the settlement of that class action lawsuit. This amendment conforms to the arguments raised in the defendants' Motion for Summary Judgment.

THE DEFENDANTS,
MARVIN LUMBER AND CEDAR CO. &
MARVIN WINDOWS OF TENNESSEE,
INC.

By _____
Thomas J. Hagarty, Jr. of
HALLORAN & SAGE LLP
Fed. Bar #ct05259
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 15th day of November, 2004, I hereby mailed a copy of the foregoing to:

Joseph F. McKeon, Jr., Esq.
McKeon, Wilkins & Cuddy
2551 Post Road
Southport, CT 06890

_____
Thomas J. Hagarty, Jr.

616086_1.DOC

– 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105