United States District Court
[illegible]
[illegible]

11/15/04 ......20
[signature], Clerk
By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONE COWDRAY PARK DRIVE, LLC : | CIVIL ACTION |
|                    Plaintiff, : | NO. 3:02 CV 1373 (MRK) |
| V. : | |
| MARVIN LUMBER AND CEDAR CO. & : | |
| MARVIN WINDOWS OF TENNESSEE, INC., : | |
|                    Defendants. : | NOVEMBER 15, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants, Marvin Lumber and Cedar Company and Marvin Windows of Tennessee, Inc. hereby move for summary judgment on the grounds that the claims asserted against them in the plaintiff's Complaint are barred by the doctrine of res judicata and release. Specifically, the claims are barred by the final judgment in a class action lawsuit entitled <u>Patrick O'Hara, et al. v. Marvin Lumber & Cedar Company and Marvin Windows of Tennessee, Inc.</u> venued in the District Court, Fourth Judicial District, County of Hennepin, State of Minnesota, Civil Action No. PD00-014027. The claims asserted by the plaintiff in this action are the same as those asserted by the class in the Minnesota class action. The Minnesota class action has been settled and the settlement approved by the Court. The plaintiff does not claim in their Complaint that they opted out of the class action settlement and thus it is barred from pursuing the claims in this action. The defendants, therefore, move for summary judgment based upon the doctrine of res judicata and release.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                    THE DEFENDANTS,
                    MARVIN LUMBER AND CEDAR CO. &
                    MARVIN WINDOWS OF TENNESSEE,
                    INC.

By _____
      Thomas J. Hagarty, Jr. of
      HALLORAN & SAGE LLP
      Fed. Bar #ct05259
      One Goodwin Square
      225 Asylum Street
      Hartford, CT 06103
      (860) 522-6103

## CERTIFICATION

      This is to certify that on this 15th day of November, 2004, I hereby mailed a copy of the foregoing to:

Joseph F. McKeon, Jr., Esq.
McKeon, Wilkins & Cuddy
2551 Post Road
Southport, CT 06890

                                              _____
                                              Thomas J. Hagarty, Jr.

616086_1.DOC

One Goodwin Square          **HALLORAN**          Phone (860) 522-6103
225 Asylum Street            **& SAGE LLP**       Fax (860) 548-0006
Hartford, CT 06103                                          Juris No. 26105