United States District Court
District of Connecticut
FILED

11/15/ 20 04

By: [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONE COWDRAY PARK DRIVE, LLC : | CIVIL ACTION |
| Plaintiff, : | NO. 3:02 CV 1373 (MRK) |
| V. : | |
| : | |
| MARVIN LUMBER AND CEDAR CO. & : | |
| MARVIN WINDOWS OF TENNESSEE, INC., : | |
| : | |
| Defendants. : | NOVEMBER 15, 2004 |

## LOCAL RULE 56(a) STATEMENT OF UNDISPUTED FACTS

1. The plaintiff was and is the owner of Marvin PILT Units manufactured in calendar years 1985 through 1989.

2. A class action lawsuit entitled O'Hara, et al. v. Marvin Lumber, et al. was filed in the state court of Minnesota seeking damages due to allegedly defective windows of the same type and model as those referred to in the plaintiff's Complaint.

3. The O'Hara lawsuit was a class action lawsuit which was settled pursuant to a settlement agreement, which was incorporated into a judgment dated December 4, 2001.

4. Newspaper notice of the proposed class action settlement in the O'Hara case was published in *The Hartford Courant, The Waterbury Republican-American, The Stamford Advocate, The New York Times, The Wall Street Journal*, and the *USA Today*, as well as many other newspapers.

5. The plaintiff did not "opt out" of the O'Hara class action settlement.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                THE DEFENDANTS,
                MARVIN LUMBER AND CEDAR CO. &
                MARVIN WINDOWS OF TENNESSEE,
                INC.

By _____
Thomas J. Hagarty, Jr. of
HALLORAN & SAGE LLP
Fed. Bar #ct05259
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

    This is to certify that on this 15th day of November, 2004, I hereby mailed a copy of the foregoing to:

Joseph F. McKeon, Jr., Esq.
McKeon, Wilkins & Cuddy
2551 Post Road
Southport, CT 06890

_____
Thomas J. Hagarty, Jr.

616564_1.DOC

-2-

One Goodwin Square      HALLORAN      Phone (860) 522-6103
225 Asylum Street      & SAGE LLP      Fax (860) 548-0006
Hartford, CT 06103                                  Juris No. 26105