FILED

2004 DEC 14 P 3: 03

US DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE COWDRAY PARK DRIVE LLC | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02 CV 1373 (MRK) |
| V. | : | |
| MARVIN LUMBER AND CEDAR CO. | : | |
| & MARVIN WINDOWS OF TENNESSEE | | |
| Defendants. | : | NOVEMBER 15, 2004 |

## DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

The defendants, MARVIN LUMBER AND CEDAR COMPANY and MARVIN WINDOWS OF TENNESSEE, hereby answer plaintiff's Complaint as follows:

1. That portion of paragraph 1 which alleges the existence of a defective product is denied; as to the remaining allegations of paragraph 1, the plaintiff is left to its proof.

2. As to the allegations of paragraph 2, the plaintiff is left to its proof.

3. As to the allegations of paragraph 3, the plaintiff is left to its proof.

4. As to the allegations of paragraph 4, the plaintiff is left to its proof.

5. As to the allegations of paragraph 5, the plaintiff is left to its proof.

6. As to the allegations of paragraph 6, the plaintiff is left to its proof.

7. As to the allegations of paragraph 7, the plaintiff is left to its proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

8. As to the allegations of paragraph 8, the plaintiff is left to its proof.

9. As to the allegations of paragraph 9, the plaintiff is left to its proof.

10. As to the allegations of paragraph 10, the plaintiff is left to its proof.

11. As to the allegations of paragraph 11, the plaintiff is left to its proof.

12. The allegations of paragraph 12 are denied.

13. The allegations of paragraph 13 are denied.

14. The allegations of paragraph 14 are denied.

15. The allegations of paragraph 15 are denied.

### FIRST AFFIRMATIVE DEFENSE

The claims asserted in this lawsuit are barred by the doctrines of collateral estoppel and/or *res judicata*, based upon the class action settlement and judgment in the class action lawsuit entitled O'Hara v. Marvin Windows.

### SECOND AFFIRMATIVE DEFENSE

Any and all claims asserted by the plaintiff relating to the product in question were released and discharged by the settlement and judgment in the class action lawsuit entitled O'Hara v. Marvin Windows.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### THIRD AFFIRMATIVE DEFENSE

The claims raised in this lawsuit are barred by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

The claims asserted failed to state a claim upon which relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

Any damages suffered by the plaintiff were the result of its own negligence or the negligence of its predecessors in title.

THE DEFENDANTS,
MARVIN LUMBER AND
  CEDAR COMPANY and
MARVIN WINDOWS OF TENNESSEE

By_____
Thomas J. Hagarty, Jr. (ct#05259)
HALLORAN & SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on November 15, 2004, a copy of the foregoing to was mailed, postage pre-paid, to the following:

Joseph F. McKeon, Jr., Esq.
McKeon, Wilkins & Cuddy
2551 Post Road
Southport, CT 06890

*[signature]*
Thomas J. Hagarty, Jr.

617031

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105