# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONE COWDRAY PARK LLC, | : |
| | : |
| Plaintiff, | : NO. 3:02 CV 1373 (MRK) |
| | : |
| v. | : |
| | : |
| MARVIN LUMBER AND CEDAR CO. | : |
| & MARVIN WINDOWS OF TENNESSEE, | : |
| INC., | : |
| Defendants. | : |

## **ORDER**

_____The Court has received a letter dated December 9, 2004, from Kevin A. Coles, the Trustee for the clients of Joseph F. McKeon and Joseph F. McKeon, Jr.  Mr. McKeon has appeared as counsel for Plaintiff in this action but has been suspended from the practice of law. In his letter, the Trustee asks the Court to grant Plaintiff a period of 30 days to and including January 8, 2005 to obtain counsel to respond to Defendants' Motion for Summary Judgment. The Court GRANTS the Trustee's request.  Plaintiff shall have until January 10, 2005 to obtain alternate counsel.  If alternate counsel does not enter an appearance for Plaintiff by January 10, 2005, the Trustee shall file a report with the Court no later than January 12, 2005, stating the Trustee's position regarding the handling of this matter in view of Mr. McKeon's status.  If alternate counsel does appear for Plaintiff by January 10, 2004, such alternate counsel shall submit a proposed schedule to the Court no later than January 12, 2005 for completing briefing on Defendants' motion.

IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
United States District Judge


**Dated at New Haven, Connecticut: <u>December 15, 2004</u>.**