# COLES, BALDWIN & CRAFT, LLC
## Attorneys and Counselors at Law

Kevin A. Coles
James T. Baldwin
Peter L. Craft †*
Caroline R. Crisa †
Catherine L. Creager

Of Counsel: John B. Kaiser *

*Also admitted in Massachusetts
† Also admitted in New York

1261 Post Road
P. O. Box 577
Fairfield, Connecticut 06824

Phone (203) 319-0800
Fax (203) 319-1210

February 10, 2005

The Honorable Mark R. Kravitz
The United States District Court
141 Church Street
New Haven, CT 06510

RE:  One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee
3:02 CV 1373 (MRK)

Dear Judge Kravitz:

On December 3, 2004, I was appointed as Section 2-64 Trustee for the clients of Joseph F. McKeon, Jr. and Joseph F. McKeon, Jr., PC. On December 9, 2004, I wrote to you informing you that I have undertaken to notify One Cowdray Park Drive, LLC of Mr. McKeon's suspension and pendency of the defendant's Motion for Summary Judgment in this litigation.

Locating someone who would respond for One Cowdray Park Drive, LLC was arduous. I learned from Mr. McKeon's files that this entity was either controlled or some how related to Rosie O'Donnell. After much effort, the AYCO Company of 321 Broadway, Saratoga Springs, New York, 12886 was identified as her current property manager. I spoke to a Mr. Eric Chew at that firm on January 18, 2005. After, I sent him the attached facsimile notifying him of this action, pendency of the Motion for Summary Judgment and of the class action that has been filed against Marvin Windows that may well control this litigation.

Page 2
February 10, 2005

I receive no response from Mr. Chew. When Rosemary called my office on February 8, 2005, I sent the enclosed facsimile dated February 8, 2005 to Mr. Chew. I have heard nothing from him since that time.

Very truly yours,

COLES, BALDWIN & CRAFT, LLC

By: Kevin A. Coles, Member

KAC/jd
Enclosure
cc: **VIA FIRST CLASS MAIL AND FACSIMILE** Mr. Eric Chew

```
*************** -COMM. JOURNAL- *********************** DATE FEB-10-2005 ***** TIME 16:54 *** P.01

        MODE = MEMORY TRANSMISSION           START=FEB-10 16:52      END=FEB-10 16:54

        FILE NO.= 192

STN NO.    COM    ABBR NO.    STATION NAME/TEL.NO.    PAGES    DURATION

 001       OK       &         15188864252-3591        005/005  00:01'28"

                                                          -Coles,Baldwin&Craft,LLC  -

*********************************** -          - ***** -      203 319 1210- *********
```

# COLES, BALDWIN & CRAFT, LLC

### Attorneys and Counselors at Law

Kevin A. Coles
James T. Baldwin
Peter L. Craft †*
Caroline R. Crisa †
Catherine L. Creager

Of Counsel: John B. Kaiser *

*Also admitted in Massachusetts
† Also admitted in New York

1261 Post Road
P. O. Box 577
Fairfield, Connecticut 06824

Phone (203) 319-0800
Fax  (203) 319-1210

February 10, 2005

Via fax only 518-886-4252

Mr. Eric Chew
AYCO Company
321 Broadway
Saratoga Springs, NY 12866

RE:  One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee
     3:02 CV 1373 (MRK)
     One Cowdray Park Drive, LLC - Nevada, LLC, Manager Daniel P. Crimmins, Trustee
     Valley Cottage, LLC, Manager Daniel P. Crimmins, c/o VPC Management

Dear Mr. Chew:

I have not heard from you in response to my fax of January 18, 2005, copy attached. I have been contacted by the United States District Court and I expect that the judge is going to dismiss the action entitled One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co.

Furthermore, since I haven't heard from you, I'm not going to take any steps to protect One Cowdray Park Drive, LLC or Valley Cottage, LLC. Any notices regarding those corporations will, in all likelihood, will no longer be delivered because Mr. McKeon's office has been closed. To my knowledge, no arrangements have been made to forward any of his mail to any person or entity.

# COLES, BALDWIN & CRAFT, LLC
## Attorneys and Counselors at Law

Kevin A. Coles
James T. Baldwin
Peter L. Craft †*
Caroline R. Crisa †
Catherine L. Creager
~
Of Counsel: John B. Kaiser *

*Also admitted in Massachusetts
† Also admitted in New York

1261 Post Road
P. O. Box 577
Fairfield, Connecticut 06824

Phone (203) 319-0800
Fax  (203) 319-1210

February 10, 2005

**Via fax only 518-886-4252**

Mr. Eric Chew
AYCO Company
321 Broadway
Saratoga Springs, NY 12866

RE:  One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee
3:02 CV 1373 (MRK)
One Cowdray Park Drive, LLC - Nevada, LLC, Manager Daniel P. Crimmins, Trustee
Valley Cottage, LLC, Manager Daniel P. Crimmins, c/o VPC Management

Dear Mr. Chew:

I have not heard from you in response to my fax of January 18, 2005, copy attached. I have been contacted by the United States District Court and I expect that the judge is going to dismiss the action entitled One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co.

Furthermore, since I haven't heard from you, I'm not going to take any steps to protect One Cowdray Park Drive, LLC or Valley Cottage, LLC. Any notices regarding those corporations will, in all likelihood, will no longer be delivered because Mr. McKeon's office has been closed. To my knowledge, no arrangements have been made to forward any of his mail to any person or entity.

Page 2<br>
February 10, 2005

    I have forwarded a copy of this letter to The Honorable Mark R. Kravitz, USDJ along with a copy of my facsimile date January 18, 2005. I fully expect that the court is going to go proceed and decide the defendant's Motion for Summary Judgment without any response or opposition from One Cowdray Park Drive, LLC.

                Very truly yours,

                COLES, BALDWIN & CRAFT, LLC

                By: Kevin A. Coles, Member

KAC/jd  
Enclosure  
cc: The Honorable Mark R. Kravitz, USDJ

************ -COMM. JOURNAL- ******************* DATE JAN-19-2005 ***** TIME 11:37 *** P.01

```
MODE = MEMORY TRANSMISSION            START=JAN-19 11:35    END=JAN-19 11:37

    FILE NO.= 151

STN NO.   COM   ABBR NO.   STATION NAME/TEL.NO.   PAGES   DURATION

001       OK    &          15188864252-3595       007/007  00:02'07"

                                                  -Coles,Baldwin&Craft,LLC -
```

*************************** -        - ***** -        203 319 1210- *********

# COLES, BALDWIN & CRAFT, LLC

Attorneys and Counselors at Law

Kevin A. Coles
James T. Baldwin
Peter L. Craft †*
Caroline R. Crisa †
Catherine L. Creager

Of Counsel: John B. Kaiser *

*Also admitted in Massachusetts
† Also admitted in New York

1261 Post Road
P. O. Box 577
Fairfield, Connecticut 06824

Phone (203) 319-0800
Fax  (203) 319-1210

Page 1 of 7

January 18, 2005

**Via fax only 518-886-4252**

Mr. Eric Chew
AYCO Company
321 Broadway
Saratoga Springs, NY 12866

RE: One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee
3:02 CV 1373 (MRK)
One Cowdray Park Drive, LLC - Nevada, LLC, Manager Daniel P. Crimmins, Trustee
Valley Cottage, LLC, Manager Daniel P. Crimmins, c/o VPC Management

Dear Mr. Chew:

By order of the Superior Court (copy enclosed), the undersigned was appointed as representative for the clients of Joseph F. McKeon, Jr. and Joseph F. McKeon, Jr., PC, pursuant to Section 2-64 of the Superior Court rules. Mr. McKeon is currently under suspension and cannot practice law.

Among Mr. McKeon's files, I located an action entitled One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee. That action is pending in the United States District Court for the District of Connecticut before Judge Kravitz. On November 15, 2004, the defendants filed a Motion for Summary Judgment. The basis for the Motion is that there was a class action filed over three years ago against Marvin Windows. That class action precluded any individual actions against Marvin Windows unless One Cowdray Park had opted out of the class.

The other day, I received an email from Bud McKeon indicating that he had discussed this with Bill Haley and that Mr. Haley could find no evidence that One

# COLES, BALDWIN & CRAFT, LLC
## Attorneys and Counselors at Law

Kevin A. Coles
James T. Baldwin
Peter L. Craft †*
Caroline R. Crisa †
Catherine L. Creager
~
Of Counsel: John B. Kaiser *

*Also admitted in Massachusetts
† Also admitted in New York

1261 Post Road
P. O. Box 577
Fairfield, Connecticut 06824

Phone (203) 319-0800
Fax (203) 319-1210

*Page 1 of 7* (handwritten)

January 18, 2005

**Via fax only 518-886-4252**

Mr. Eric Chew
AYCO Company
321 Broadway
Saratoga Springs, NY 12866

RE:   One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee
3:02 CV 1373 (MRK)
One Cowdray Park Drive, LLC - Nevada, LLC, Manager Daniel P. Crimmins, Trustee
Valley Cottage, LLC, Manager Daniel P. Crimmins, c/o VPC Management

Dear Mr. Chew:

By order of the Superior Court (copy enclosed), the undersigned was appointed as representative for the clients of Joseph F. McKeon, Jr. and Joseph F. McKeon, Jr., PC, pursuant to Section 2-64 of the Superior Court rules. Mr. McKeon is currently under suspension and cannot practice law.

Among Mr. McKeon's files, I located an action entitled One Cowdray Park Drive, LLC v. Marvin Lumber and Cedar Co. & Marvin Windows of Tennessee. That action is pending in the United States District Court for the District of Connecticut before Judge Kravitz. On November 15, 2004, the defendants filed a Motion for Summary Judgment. The basis for the Motion is that there was a class action filed over three years ago against Marvin Windows. That class action precluded any individual actions against Marvin Windows unless One Cowdray Park had opted out of the class.

The other day, I received an email from Bud McKeon indicating that he had discussed this with Bill Haley and that Mr. Haley could find no evidence that One

Page 2
January 18, 2005

Cowdray had opted out of the class. Therefore, this action is precluded by the Orders entered in the class action. Furthermore, the last day to make claims under the class action was September 30, 2004. I am familiar with this because I represented a client in connection with a claim against Marvin Windows.

I recommend that One Cowdray stipulate to dismissal with prejudice of this action. I have reported the matter to Mr. McKeon's malpractice carrier on behalf of One Cowdray because Mr. McKeon should have been aware of the class action and either should have taken steps to opt out so that the claim could be pursued or filed a timely claim pursuant to the class action order.

I enclose for your review a form listing the managers or members of One Cowdray Park Drive, LLC, which was apparently filed on August of 2004 with the Corporation Trust Company of Nevada. A check was paid on July 6, 2004 by Rosie O'Donnell to the Secretary of State of Nevada in order to maintain this limited liability company. I also enclose the same type of papers for Valley Cottage, LLC. Both of these limited liability company notices seem to be coming from the Nevada Secretary of State into Mr. McKeon's office. Since his office is now defunct and will no longer exist on or after February 1, 2005, I suggest that you make immediate arrangements, either through this office or otherwise, to take several steps. The first is to change the manager or member of each of these limited liability companies from Mr. Crimmins, who was apparently an employee of BPC Management, to your management company. The second would be to correct the statutory agent for services record, which is apparently CT Corporation System in Reno, Nevada to reflect that notices regarding this limited liability company should be sent either to your management firm or to this office, if you prefer.

I would be happy to discuss a fee arrangement with you if you would like to engage this office to represent these interests.

Regarding the <u>One Cowdray Park Drive, LLC v. Marvin Windows</u> case, I will be happy to reach a fee agreement for the minimal services involved in concluding that matter.

Very truly yours,

COLES, BALDWIN & CRAFT, LLC

By: Kevin A. Coles, Member

KAC/dd
Enclosure