UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE COWDRAY PARK DRIVE, LLC | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02 CV 1373 (MRK) |
| V. | : | |
| | : | |
| MARVIN LUMBER AND CEDAR CO. & | : | |
| MARVIN WINDOWS OF TENNESSEE, INC., | : | |
| | : | |
| Defendants. | : | JUNE 3, 2005 |

**DEFENDANTS' SUPPLEMENTAL AFFIDAVIT AND
SUPPORTING DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to the request of Judge Kravitz, the defendants respectfully submit the attached additional Affidavit and documents in support of its Motion for Summary Judgment. These documents address the issue of notification of the Class Action Settlement and the issue of whether or not the plaintiff "opted out" of the Class Action Settlement.

THE DEFENDANTS:
MARVIN LUMBER AND CEDAR CO. &
MARVIN WINDOWS OF TENNESSEE,
INC.

By_____
Thomas J. Hagarty, Jr. of
HALLORAN & SAGE LLP
Fed. Bar #ct05259
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 8th day of June , 2005, I hereby mailed a copy of the foregoing to:

Kevin A. Coles, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Farifield, CT 06824

                                                    Thomas J. Hagarty, Jr.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105