UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ONE COWDRAY PARK DRIVE, LLC | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02 CV 1373 (MRK) |
| V. | : | |
| | : | |
| MARVIN LUMBER AND CEDAR CO. & | : | |
| MARVIN WINDOWS OF TENNESSEE, INC., | : | |
| | : | |
| Defendants. | : | JUNE 3, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the defendants, Marvin Lumber and Cedar Co. and Marvin Windows of Tennessee, Inc., have manually filed the following documents:

**EXHIBIT A TO DEFENDANTS' SUPPLEMENTAL AFFIDAVIT AND SUPPORTING DOCUMENTS IN SUPPORT OF MOTIN FOR SUMMARY JUDGMENT**

These exhibits have not been filed on PDF disks because:

The exhibit electronic file size exceeds 1.5 megabytes.

The exhibits have been manually served on all parties.

THE DEFENDANTS:
MARVIN LUMBER AND CEDAR CO. &
MARVIN WINDOWS OF TENNESSEE,
INC.

By_____
Thomas J. Hagarty, Jr. of
HALLORAN & SAGE LLP
Fed. Bar #ct05259
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

**<u>CERTIFICATION</u>**

      This is to certify that on this 8th day of June , 2005, I hereby mailed a copy of the foregoing to:

Kevin A. Coles, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road
P.O. Box 577
Farifield, CT 06824

                                                Thomas J. Hagarty, Jr.

697342_1.doc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105