UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ONE COWDRAY PARK LLC, | : |
| | : |
| Plaintiff, | : CIVIL NO. 3:02 CV 1373 (MRK) |
| | : |
| v. | : |
| | : |
| MARVIN LUMBER AND CEDAR CO. | : |
| & MARVIN WINDOWS OF TENNESSEE, | : |
| INC., | : |
| Defendants. | : |

## JUDGMENT

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motion and on June 15, 2005, entered a Memorandum of Decision on the defendants' Motion for Summary Judgement granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 16th of June, 2005.

                                              KEVIN F. ROWE, CLERK
                                              By

                                            /s/ Kenneth R. Ghilardi
                                            Kenneth R. Ghilardi
                                            Deputy Clerk

EOD: _____